No. 97–1337. MINNESOTA ET AL. *v.* MILLE LACS BAND OF CHIPPEWA INDIANS ET AL. C. A. 8th Cir. Certiorari granted.

No. 97–53. ROBERTS, GUARDIAN FOR JOHNSON *v.* GALEN OF VIRGINIA, INC., FORMERLY DBA HUMANA HOSPITAL-UNIVERSITY OF LOUISVILLE, DBA UNIVERSITY OF LOUISVILLE HOSPITAL. C. A. 6th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 97–1139. UNITED STATES *v.* RODRIGUEZ-MORENO. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 97–1620. SEIF, SECRETARY, PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION, ET AL. *v.* CHESTER RESIDENTS CONCERNED FOR QUALITY LIVING ET AL. C. A. 3d Cir. Motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 97–1469. CSX TRANSPORTATION, INC. *v.* MCDANIEL. Sup. Ct. Tenn. Certiorari denied.

No. 97–1477. LONG ET UX., INDIVIDUALLY AND AS PARENTS AND NEXT FRIENDS OF LONG, A MINOR, ET AL. *v.* ALACHUA COUNTY SCHOOL BOARD ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 97–1532. CAMP ET AL. *v.* RILEY. C. A. 11th Cir. Certiorari denied.

No. 97–1564. THRIFTWAY MARKETING CORP. ET AL. *v.* DEVANEY. Sup. Ct. N. M. Certiorari denied.

No. 97–1616. PAINTERS LOCAL UNION No. 109 PENSION FUND ET AL. *v.* SMITH BARNEY, INC., ET AL. C. A. 8th Cir. Certiorari denied.